IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JUL -7 PM 12: 26

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CASE NO: CR314-2 |
| ) | |
| DERRICK BERNARD MOYE ) | |

## ORDER

The defendant, Derrick Bernard Moye, was sentenced on May 21, 2015 and is in the custody of the Bureau of Prisons.

Surety, Alice Moye, has requested the return of the $1,000.00 cash security posted on the defendant's $10,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $1,000.00 posted by Alice Moye for this defendant, plus all accrued interest thereon, be returned to: 919 Andrew Court, Dublin, Georgia 31021.

This 7th day of July, 2015 at Augusta, Georgia.

HONORABLE DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA